Cite as 2017 Ark. 122

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS ACCESS TO
JUSTICE FOUNDATION, INC.

**Opinion Delivered** April 6, 2017

**PER CURIAM**

J. Cliff McKinney, Esq., of Little Rock, and Sarah Capp, Esq., of Ozark, are appointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for three-year terms to expire on April 30, 2020. The court thanks them for accepting appointment to the board.

The court expresses its gratitude to Tamra Cochran and J.D. Gingerich, whose terms have expired, for their years of valuable service to the board.